UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-953 ADM/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HERST J. KANE,<br><br>Defendant,<br><br>FIRSTAR BANK,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on October 18, 2002, is hereby released.

Dated: 12/6/02

Magistrate Judge
United States District Court

DEC 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK